Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
BRothschild@parsonsbehle.com

*Attorneys for Plaintiff Seth E. Pierce, Mary Pierce,*
*Stephanie Zaffos, Adam Zaffos,*
*Pierce Family Trust Dated December 8, 2006*
*Zaffos Family Trust Dated July 21, 2010*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SETH E. PIERCE, an individual; MARY PIERCE, an individual; STEPHANIE ZAFFOS, an individual; ADAM ZAFFOS, an individual; PIERCE FAMILY TRUST DATED DECEMBER 8, 2006, a California trust; ZAFFOS FAMILY TRUST DATED JULY 21, 2010, a California trust; and ROES 1-10<br><br>      Plaintiff,<br><br>vs.<br><br>JARDINE CONSTRUCTION CO., a Utah corporation; JARDINE CONSTRUCTION COMPANY, LLC, a Utah limited liability company (dba JC LUXURY HOMES); DOUG JARDINE, an individual; and DOES 1 to 25, inclusive<br><br>      Defendants. | **NOTICE OF FILING OF FOREIGN JUDGMENT**<br><br>Civil No. 2:24-mc-00317<br><br>Judge: |

4886-6582-9051

Notice is hereby given that Plaintiffs Seth E. Pierce, Mary Pierce, Stephanie Zaffos, Adam Zaffos, Pierce Family Trust Dated December 8, 2006, and Zaffos Family Trust Dated July 21, 2010 ("**Plaintiffs**") have obtained a Judgment ("**Judgment**") against Defendants Jardine Construction Co., a Utah corporation; Jardine Construction Company, LLC, a Utah limited liability company (dba JC Luxury Homes); and Doug Jardine, dated March 4, 2024, in the United States District Court Central District of California, Case No. CV 23-9183-MWF (MAAx).

Further, under 28 U.S.C. § 1963, the filing of the Judgment constitutes a registration of the Judgment in the District of Utah, and so will have the same effect as a judgment of the District Court of this District and may be enforced by all procedures provided by law for the enforcement of judgments.

Further, notice is given that pursuant to Utah Code Ann. § 78B-5-301, et seq. (the Utah Foreign Judgment Act), Plaintiffs have filed their certified and exemplified copy of the Judgment and intend to proceed with collection of that Judgment in the State of Utah.

DATED May 3, 2024.

PARSONS BEHLE & LATIMER

/s/ Brian M. Rothschild

Brian M. Rothschild
*Attorneys for Plaintiff Seth E. Pierce, Mary Pierce,Stephanie Zaffos, Adam Zaffos, Pierce Family Trust Dated December 8, 2006*
*Zaffos Family Trust Dated July 21, 2010*

4886-6582-9051

## CLERK OF COURT'S CERTIFICATION OF SERVICE BY MAILING

STATE OF UTAH            )

                                : ss.

COUNTY OF SALT LAKE  )

_____, being first duly sworn upon oath, states that he/she has mailed

a true and correct copy of the foregoing Notice of Filing of Foreign Judgment to the following:

         Doug Jardine
         12213 N Ross Creek Dr
         Kamas, UT 84036

_____

                   Clerk of Court

DATED this ____ day of _____, 2024.

_____

        Deputy Clerk

SUBSCRIBED AND SWORN to before me this _____ day of _____, 2024.

_____

        Notary Public

4886-6582-9051