ACCO,(MAAx),CLOSED,DISCOVERY,MANADR

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:23-cv-09183-MWF-MAA

Seth E. Pierce et al v. Jardine Construction Co. et al
Assigned to: Judge Michael W. Fitzgerald
Referred to: Magistrate Judge Maria A. Audero
Demand: $75,000
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 10/31/2023
Date Terminated: 03/04/2024
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Seth E Pierce**
*an individual*

represented by **Adam P Zaffos**
Fernald and Zaffos APC
15910 Ventura Boulevard Suite 1702
Encino, CA 91436
323-410-0300
Fax: 323-410-0330
Email: adam@fzlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth E Pierce**
Seth Pierce Law Offices PC
15945 Temecula Street
Pacific Palisades, CA 90272
310-569-0044
Fax: 310-312-3100
Email: seth@sethpiercelaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Pierce**
*an individual*

represented by **Adam P Zaffos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Seth E Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Zaffos**　　　　　　　　　　　　represented by **Adam P Zaffos**
*an individual*　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Seth E Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adam P. Zaffos**　　　　　　　　　　　　represented by **Adam P Zaffos**
*an individual*　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Seth E Pierce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Clay R Wilkinson**
Fernald Law Group
15910 Ventura Boulevard Suite 1702
Encino, CA 91436
323-410-0324
Email: clay@fzlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Pierce Family Trust Dated 12/8/2006**　　　represented by **Adam P Zaffos**
*a California trust*　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Seth E Pierce**

|  |  |
|---|---|
|  | (See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Zaffos Family Trust Dated 7/21/2010**  represented by  **Adam P Zaffos**
*a California trust*  (See above for address)
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

 **Seth E Pierce**
 (See above for address)
 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roes**
*1-10*

V.

**Defendant**

**Jardine Construction Co.**
*a Utah corporation*

**Defendant**

**Jardine Construction Company, LLC**
*a Utah limied liability company*
*doing business as*
JC Luxury Homes

**Defendant**

**Doug Jardine**
*an individual*

**Defendant**

**Does**
*1 to 25*
*TERMINATED: 01/24/2024*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/31/2023 | 1 | COMPLAINT Receipt No: ACACDC-36326127 - Fee: $402, filed by Attorney for Plaintiffs Zaffos Family Trust Dated 7/21/2010, Stephanie Zaffos, Mary Pierce, Seth E Pierce, Adam P. Zaffos, Pierce Family Trust Dated 12/8/2006. (Attorney Adam P Zaffos added to party Mary Pierce(pty:pla), Attorney Adam P Zaffos added to party Seth E Pierce(pty:pla), Attorney Adam P Zaffos added to party Pierce Family Trust Dated 12/8/2006(pty:pla), Attorney Adam P Zaffos added to party Adam P. Zaffos(pty:pla), Attorney Adam P Zaffos added to party Stephanie Zaffos(pty:pla), Attorney Adam P Zaffos added to party Zaffos Family Trust Dated 7/21/2010(pty:pla))(Zaffos, Adam) (Entered: 10/31/2023) |
| 10/31/2023 | 2 | CIVIL COVER SHEET filed by Plaintiffs Mary Pierce, Seth E Pierce, Pierce Family Trust Dated 12/8/2006, Adam P. Zaffos, Stephanie Zaffos, Zaffos Family Trust Dated 7/21/2010. (Zaffos, Adam) (Entered: 10/31/2023) |
| 10/31/2023 | 3 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening),, 1 filed by Attorney for Plaintiffs Mary Pierce, Seth E Pierce, Pierce Family Trust Dated 12/8/2006, Adam P. Zaffos, Stephanie Zaffos, Zaffos Family Trust Dated 7/21/2010. (Zaffos, Adam) (Entered: 10/31/2023) |
| 10/31/2023 | 4 | CERTIFICATE of Interested Parties filed by Attorney for Plaintiffs All Plaintiffs, (Zaffos, Adam) (Entered: 10/31/2023) |
| 10/31/2023 | 5 | NOTICE OF ASSIGNMENT to District Judge Michael W. Fitzgerald and Magistrate Judge Maria A. Audero. (ghap) (Entered: 10/31/2023) |
| 10/31/2023 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (ghap) (Entered: 10/31/2023) |
| 10/31/2023 | 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (ghap) (Entered: 10/31/2023) |
| 10/31/2023 | 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening),, 1 as to Defendants Doug Jardine, Jardine Construction Co., Jardine Construction Company, LLC. (ghap) (Entered: 10/31/2023) |
| 12/28/2023 | 9 | PROOF OF SERVICE Executed by Plaintiff Zaffos Family Trust Dated 7/21/2010, Stephanie Zaffos, Mary Pierce, Seth E Pierce, Adam P. Zaffos, Pierce Family Trust Dated 12/8/2006, upon Defendant Jardine Construction Company, LLC served on 12/19/2023, answer due 1/9/2024. Service of the Summons and Complaint were executed upon Doug Jardine - registered agent in compliance with Federal Rules of Civil Procedure by personal service (Zaffos, Adam) (Entered: 12/28/2023) |
| 12/28/2023 | 10 | PROOF OF SERVICE Executed by Plaintiff Zaffos Family Trust Dated 7/21/2010, Stephanie Zaffos, Mary Pierce, Seth E Pierce, Adam P. Zaffos, Pierce Family Trust Dated 12/8/2006, upon Defendant Jardine Construction Co. served on 12/19/2023, answer due 1/9/2024. Service of the Summons and Complaint were executed upon Doug Jardine - registered agent in compliance with Federal Rules of Civil Procedure by personal service (Zaffos, Adam) (Entered: 12/28/2023) |
| 12/28/2023 | 11 | PROOF OF SERVICE Executed by Plaintiff Zaffos Family Trust Dated 7/21/2010, Stephanie Zaffos, Mary Pierce, Seth E Pierce, Adam P. Zaffos, Pierce Family Trust Dated 12/8/2006, upon Defendant Doug Jardine served on 12/19/2023, answer due 1/9/2024. Service of the Summons and Complaint were executed upon Doug Jardine - Defendant in compliance with Federal Rules of Civil Procedure by personal service (Zaffos, Adam) (Entered: 12/28/2023) |
| 01/10/2024 | 12 | APPLICATION for Clerk to Enter Default against Defendants Doug Jardine, Jardine Construction Co., Jardine Construction Company, LLC filed by Plaintiff Adam P. Zaffos. (Attachments: # 1 Certificate of Service) (Attorney Clay R Wilkinson added |

| | | |
|---|---|---|
| | | to party Adam P. Zaffos(pty:pla)) (Wilkinson, Clay) (Entered: 01/10/2024) |
| 01/11/2024 | 13 | DEFAULT BY CLERK F.R.Civ.P.55(a) as to Jardine Construction Co., Jardine Construction Company, LLC, Doug Jardine. (iv) (Entered: 01/11/2024) |
| 01/12/2024 | 14 | ORDER TO SHOW CAUSE by Judge Michael W. Fitzgerald. Show Cause Hearing set for 2/26/2024 11:30 AM before Judge Michael W. Fitzgerald. (smom) (Entered: 01/12/2024) |
| 01/24/2024 | 15 | APPLICATION for Default Judgment against Defendants JARDINE CONSTRUCTION CO., JARDINE CONSTRUCTION COMPANY, LLC, and DOUG JARDINE filed by Attorney for Plaintiffs Mary Pierce, Seth E Pierce, Pierce Family Trust Dated 12/8/2006, Adam P. Zaffos, Stephanie Zaffos, Zaffos Family Trust Dated 7/21/2010. Application set for hearing on 3/4/2024 at 10:00 AM before Judge Michael W. Fitzgerald. (Attachments: # 1 Declaration DECLARATIONS OF SETH E. PIERCE AND ADAM ZAFFOS ISO APPLICATION FOR DEFAULT JUDGMENT UNDER FRCP 55(B)(2), # 2 Proposed Order [PROPOSED] DEFAULT JUDGMENT UNDER FRCP 55(B)(2), # 3 Certificate of Service) (Zaffos, Adam) (Entered: 01/24/2024) |
| 01/24/2024 | 16 | NOTICE OF DISMISSAL filed by Attorney for Plaintiffs Zaffos Family Trust Dated 7/21/2010, Stephanie Zaffos, Mary Pierce, Seth E Pierce, Adam P. Zaffos, Pierce Family Trust Dated 12/8/2006 pursuant to FRCP 41a(1) as to Does. (Zaffos, Adam) (Entered: 01/24/2024) |
| 03/04/2024 | 17 | CERTIFICATE OF SERVICE filed by Plaintiff Seth E Pierce, re APPLICATION for Default Judgment against Defendants JARDINE CONSTRUCTION CO., JARDINE CONSTRUCTION COMPANY, LLC, and DOUG JARDINE 15 *AMENDED* (Fernald, Brandon) (Entered: 03/04/2024) |
| 03/04/2024 | 18 | MINUTES OF PLAINTIFFS' NOTICE OF APPLICATION AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT 15 Hearing held before Judge Michael W. Fitzgerald: The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing. Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue. Court Reporter: Amy Diaz. (bm) (Entered: 03/04/2024) |
| 03/04/2024 | 19 | MINUTES (IN CHAMBERS) ORDER GRANTING PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT 15 by Judge Michael W. Fitzgerald. The Application is GRANTED in part. Plaintiffs are awarded $151,302.16 in damages, $6,626.04 in attorneys' fees, and $402.00 in costs. (SEE DOCUMENT FOR FURTHER DETAILS.) (rolm) (Entered: 03/04/2024) |
| 03/04/2024 | 20 | DEFAULT JUDGMENT AGAINST DEFENDANTS DOUG JARDINE, JARDINE CONSTRUCTION CO., AND JARDINE CONSTRUCTION COMPANY, LLC by Judge Michael W. Fitzgerald. IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Plaintiffs and against Defendants as follows: Defendants shall pay Plaintiffs a sum of $158,330.20, which is inclusive of damages ($151,302.16), reasonable attorneys' fees pursuant to Local Rule 55-3 ($6,626.04), and costs ($402.00). IT IS FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment. ( MD JS-6. Case Terminated ) (rolm) (Entered: 03/04/2024) |
| 03/06/2024 | 21 | NOTICE of Entry of Default Judgment filed by Attorney for Plaintiffs Mary Pierce, Seth E Pierce, Pierce Family Trust Dated 12/8/2006, Adam P. Zaffos, Stephanie Zaffos, Zaffos Family Trust Dated 7/21/2010. (Zaffos, Adam) (Entered: 03/06/2024) |

| 04/18/2024 | 22 | *** STRICKEN per Order 24 *** Clerk's Certification to be Registered in Another District (Zaffos, Adam) Modified on 4/19/2024 (smom). (Entered: 04/18/2024) |
| 04/19/2024 | 23 | NOTICE TO FILER OF DEFICIENCIES in Electronic Filed Document RE: Clerk's Certification of a Judgment to be Registered in Another District 22 . The following error(s) was/were found: Certification may not be e-filed. Filer must submit the completed AO-451 to the Clerk's Office with required fee. (iv) (Entered: 04/19/2024) |
| 04/19/2024 | 24 | RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT RE: Deficiency in Filed Documents 23 by Judge Michael W. Fitzgerald. The document is stricken. (smom) (Entered: 04/19/2024) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/03/2024 14:23:29 | | | |
| **PACER Login:** | brothschild | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:23-cv-09183-MWF-MAA End date: 5/3/2024 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |